ORIGINAL


FILED

03/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0188

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0188

KERRY L. BURMAN, Glendive City Judge,

Petitioner,

v.

CITY OF GLENDIVE and DEB DION Mayor,

Respondents.

ORDER

FILED

MAR 2 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner Hon. Kerry L. Burman, Glendive City Judge, seeks a writ of mandamus directing Respondents City of Glendive and Glendive Mayor Deb Dion that orders Respondents to immediately reinstate the Clerk of Glendive City Court. Judge Burman alleges Dion improperly terminated the Clerk's employment in violation of § 3-1-111, MCA. Judge Burman further argues that Dion also attempted to control the court by seeking to hire a new Clerk. Judge Burman argues that Dion's actions violate separation of powers as the executive branch of city government has intruded upon the judiciary. Judge Burman further requests that the Court treat this petition as an emergency as the Glendive City Court is unable to adequately fulfill its duties without a Clerk.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain responses. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that Respondents City of Glendive and Mayor Deb Dion are granted until April 4, 2024, to prepare, file, and serve a response to this Petition.

IT IS FURTHER ORDERED that Respondents shall in their response show cause as to why the Clerk should not be immediately reinstated pending the outcome of this Petition.

The Clerk is directed to provide a copy of this Order to Petitioner and to Respondents City of Glendive and Glendive Mayor Deb Dion.

Dated this 27th day of March, 2024.

For the Court,

By _____
                    Justice